# ALABAMA COURT OF CRIMINAL APPEALS



September 26, 2025

**CR-2025-0180**
Justin Shane Brown v. State of Alabama (Appeal from Coffee Circuit Court: CC-21-331.71)

## <u>NOTICE</u>

You are hereby notified that on September 26, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk